UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GRABLE, | Case No. 1:25-cv-00720-HBK (PC) |
| Plaintiff, | ORDER DEFERRING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO FILE FULLY COMPLETED APPLICATION OR PAY FILING |
| v. | |
| SERGIO PINEDA, | |
| Defendant. | TWENTY-ONE DAY DEADLINE |
| | (Doc. No. 2) |
| | CLERK TO ISSUE FIRST INFORMATIONAL ORDER |

Plaintiff Walter Grable initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on June 12, 2025 while detained in the Bob Wiley Detention Facility. (Doc. No. 1). Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's application, however, fails to comply with § 1915(a)(1)(2). Specifically, in addition to filing an affidavit of indigency, a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately proceeding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *Id.* Here, the "Certificate" portion of

Plaintiff's IFP application is blank and was not completed and certified by an authorized official from Bob Wiley Detention Facility.  (*See* Doc. No. 2 at 2).

Accordingly, it is **ORDERED**:

1. The Court defers ruling on Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) to Plaintiff submitting a fully completed application.

2. Within twenty-one (21) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application, or by filing a prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $405.00 filing fee for this action.

3. Absent good cause, the Court will not grant any motions for extension of time.

4. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the court's orders.

5. The Clerk is directed to issue the Court's First Informational Order in Prisoner/Civil Detainee Civil Rights Cases and include a blank application to proceed *in forma pauperis* with this order.

Dated:    July 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE