UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GRABLE,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO PINEDA,<br><br>        Defendant. | Case No. 1:25-cv-00720-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE TULARE COUNTY SHERIFF<br><br>ORDER DISREGARDING PLAINTIFF'S MOTIONS AS MOOT<br><br>(Doc. No. 7, 8) |

      Plaintiff Walter Grable initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on June 12, 2025 while detained in the Bob Wiley Detention Facility. (Doc. No. 1). Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). The Court previously had directed Plaintiff to submit a six-month accounting in order that the Court could determine whether Plaintiff was required to pay an initial filing fee. (Doc. No. 4). In response, Plaintiff filed two motions: a motion for a court order directing the Bob Wiley Detention Facility to provide the six-month statement; and a motion for extension of time to provide the six-month statement. (Doc. Nos. 7, 8). Given Plaintiff's apparent difficulties in obtaining the six-month statement, the Court reconsiders Plaintiff's initial application and finds he has made the

showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Tulare County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

According, it is **ORDERED**:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED but the Court assesses the $350.00 filing fee**.

2. **Pursuant to 28 U.S.C. § 1915 (b)(1), the Tulare County Sheriff or his designee shall make monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 2) on the Tulare County Sheriff located at 36714 Road 112, Visalia, CA 93291.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Plaintiff's motion for court order (Doc. No. 7) and motion for extension of time (Doc. No. 8) are DISREGARDED as moot.

Dated:  August 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2