UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GRABLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO PINEDA,<br><br>　　　　　　Defendant. | Case No.  1:25-cv-00720-HBK (PC)<br><br>ORDER REFERRING CASE TO EARLY ADR AND STAY OF CASE<br><br>DEADLINE TO OPT OUT DUE BY May 20, 2026 |

Plaintiff Walter Grable, a pretrial detainee is proceeding pro se and *in forma pauperis* on his First Amended Complaint brought pursuant to 42 U.S.C. § 1983.  (Doc. No. 16, "FAC").  As set forth in the Court's September 25, 2025 Screening Order (Doc. No. 18), Plaintiff's FAC stated a cognizable Fourth Amendment sexual misconduct claim against Defendant Sergio Pineda on which Plaintiff agreed to proceed.  (Docs. No. 19, 20).  On January 20, 2026, Defendant Pineda filed an Answer to the operative complaint.  (Doc. No. 25).

The Court refers all civil rights cases filed by pro se individuals to early Alternative Dispute Resolution (ADR) to try to resolve such cases more expeditiously and less expensively. *See also* Local Rule 270.  No claims, defenses, or objections are waived by the parties' participation.

Attempting to resolve this matter early through settlement now would save the parties the time and expense of engaging in lengthy and costly discovery and preparing substantive

dispositive motions.  The Court therefore will STAY this action for 120 DAYS to allow the parties an opportunity to investigate Plaintiff's claims, meet and confer, and engage in settlement discussions, or agree to participate in an early settlement conference conducted by a magistrate judge.  If after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would not be productive, the party may opt out of the early settlement conference.

Accordingly, it is **ORDERED**:

1.    This action will remain **STAYED until further order** to allow the parties an opportunity to settle their dispute.  The parties may not file any pleadings or motions during the stay period.  Further, the parties shall not engage in formal discovery until the Court issues a Scheduling and Discovery Order.

2.    **Within 120 days** from the date on this Order, or no later than May 20, 2026, the parties shall file a notice if they object to proceeding to an early settlement conference or if they believe that settlement is not currently achievable.

3.    If neither party has opted out of settlement by the expiration of the objection period, the Court will assign this matter by separate Order to a United States Magistrate Judge, other than the undersigned, for conducting the settlement conference.

4.    If the parties reach a settlement prior to the settlement conference, they SHALL file a Notice of Settlement as required by Local Rule 160

Dated:    January 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2